**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AR NETWORK LLC, A&R ENTERPRISES, LLC, and TEOMETRIX LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WIRELESS GUARDIAN INC., ET AL.<br><br>Defendants. | ) | Civil Action No. 2:25-cv-01447-JHS |

**DECLARATION OF DWAYNE RATLIFF IN SUPPORT OF MOVANTS' MOTION TO WITHDRAW AND REQUEST FOR EXTENSION**

I, Dwayne Ratliff, hereby declare as follows:

1. I am the sole remaining board member of Wireless Guardian, Inc. and Southeastern Wireless, LLC.

2. The other board member, Jason Dumas, has been missing at sea since June 2024 and is presumed dead. In Mr. Dumas' absence, I am authorized to make decisions for Wireless Guardian and Southeastern Wireless.

3. At present, Defendants Wireless Guardian, Southeastern Wireless, and I (together, "Wireless Defendants") are represented by Aaron M. Danzig and Jeremy Ritter-Wiseman of Arnall Golden Gregory LLP and Jeffrey A. Dailey and Julia A. Busta of Dailey LLP (together, "Movants").

4. Due to the extensive active litigation against the Wireless Defendants, we are no longer able to pay Movants' attorneys' fees.

5. Furthermore, Movants and the Wireless Defendants have fundamental disagreements on case strategy.

6. I have spoken with Movants regarding their intent to move to withdraw, and I consent to their withdrawal from representing the Wireless Defendants in this case.

7. I have asked Movants to request an extension of time in which to respond to Plaintiffs' Amended Complaint so that I can obtain new representation.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 21st day of August, 2025

Dwayne Ratliff