IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AR NETWORK, LLC, et al.,

               Plaintiffs,

    v.

WIRELESS GUARDIAN, et al.,

               Defendants.

CIVIL ACTION
NO. 25-1447

## ORDER

**AND NOW,** this 10th day of April 2026, upon consideration of Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint (Doc. Nos. 79, 81, 82, 84), Plaintiffs' Responses in Opposition (Doc. Nos. 91, 92, 93, 94), Defendants' Replies to Plaintiffs' Responses in Opposition (Doc. Nos. 95, 96, 97, 98), Plaintiffs' RICO Case Statement (Doc. No. 68), Defendants' Responses to Plaintiffs' RICO Case Statement (Doc. Nos. 81, 83, 85) and in accordance with the Opinion of the Court filed this day, it is **ORDERED** that Defendants' Motions to Dismiss Plaintiffs' First Amended Complaint (Doc. Nos. 79, 81, 82, 84) are **DENIED**. The claims in Counts I to IX of the First Amended Complaint will remain in the case, and no parties have been dismissed from any of the claims.

It is **FURTHER ORDERED** that Defendants shall file an Answer to the First Amended Complaint by May 1, 2026.

.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.